IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| DAREK KITLINSKI AND LISA KITLINSKI, | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil No. 1:16-cv-60 |
| v. | ) ) ) | Hon. Liam O'Grady Hon. Ivan D. Davis |
| JEFFERSON B. SESSIONS, III, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

This matter comes before the Court on Defendants' Motion for Summary Judgment (Dkt. No. 101). Having reviewed the pleadings and considered the parties' arguments as presented to the Court in the September 29, 2017 hearing, the Court hereby **GRANTS** Defendants' Motion for Summary Judgment. This Order serves as notice so that the parties will cease preparing for trial. A memorandum opinion will follow. The time for appeal will begin to run upon issuance of the memorandum opinion.

It is **SO ORDERED.**

October 2, 2017
Alexandria, Virginia

Liam O'Grady
United States District Judge